UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINUENT, INC. | Case No. 13CV1550- JAH (BLM) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS** |
| v. | |
| TEKELEC, INC., | |
| Defendant. | [ECF No. 18] |

On November 15, 2013, the parties filed a joint motion requesting that the Court enter the parties' Protective Order. ECF No. 18. The Court has considered the Stipulated Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modifications:

1. Paragraph 17 should read: "Before any Materials such as those produced in discovery, answers to interrogatories, responses to requests for admissions, deposition transcripts, or other documents which are designated as "CONFIDENTIAL," "CONFIDENTIAL - OUTSIDE COUNSEL ONLY," or "CONFIDENTIAL - OUTSIDE COUNSEL ONLY - SOURCE CODE," are filed with the Court for any purpose, the party seeking to file such Material must seek permission of the Court to file the Material under seal. Any request to file such Material under seal must comply with Civil Local Rule 79.2. In addition, in accordance with Judge Major's preferences, a party must file a 'public' version of any document that it seeks to file under seal. In the public version,

the party may redact only that information that is deemed 'Confidential.' The party should file the redacted document(s) simultaneously with a joint motion or *ex parte* application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

2. Paragraph 36 should read: "Even after the termination of this action, the confidentiality and other obligations imposed by this Order will remain in effect until the producing party agrees otherwise in writing or the Court otherwise directs. Any Final Disposition of this action as to any or all parties will include a specific provision that the Court will retain jurisdiction to enforce the terms of this Order for a period of **one (1) year** following such Final Disposition unless otherwise ordered by the Court. The parties, Counsel, and any individual who receives any Confidential Information authorized by this Order consents to the personal jurisdiction of the Court for that purpose."

**IT IS SO ORDERED**.

DATED: November 19, 2013

BARBARA L. MAJOR
United States Magistrate Judge