| | |
|---|---|
| 1 | William Sloan Coats (SBN 094864) |
|   | coatsw@gtlaw.com |
| 2 | Heather J. Meeker (SBN 172148) |
|   | meekerh@gtlaw.com |
| 3 | Karen Rosenthal (SBN 209419) |
|   | rosenthalk@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP |
|   | 1900 University Avenue, 5th Floor |
| 5 | East Palo Alto, CA 94303-2283 |
|   | Telephone: (650) 328-8500 |
| 6 | Facsimile: (650) 328-8508 |
| 7 | Attorneys for Plaintiff CONTINUENT, INC. |
| 8 | Michael A. Jacobs (SBN 111664) |
|   | mjacobs@mofo.com |
| 9 | Kenneth A. Kuwayti (SBN 145384) |
|   | kkuwayti@mofo.com |
| 10 | Roman A. Swoopes (SBN 274167) |
|    | RSwoopes@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
|    | 755 Page Mill Road |
| 12 | Palo Alto, California 94304-1018 |
|    | Telephone: (650) 813-5600 |
| 13 | Facsimile: (650) 494-0782 |
| 14 | Eric M. Acker (CA SBN 135805) |
|    | Eacker@mofo.com |
| 15 | MORRISON & FOERSTER LLP |
|    | 12531 High Bluff Drive |
| 16 | San Diego, CA 92130-2040 |
|    | Telephone: 858.720.5100 |
| 17 | Facsimile: 858.720.5125 |
| 18 | Attorneys for Defendant TEKELEC, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONTINUENT, INC., a Delaware corporation, | Case No. 13CV1550-JAH (BLM) |
| Plaintiff, | **JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| TEKELEC, INC., a Delaware corporation, | |
| Defendant. | |

Plaintiff Continuent, Inc. and Defendant Tekelec, Inc. hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to a dismissal with prejudice of all claims in this Action, with each party to pay its own costs and attorney's fees.

Respectfully submitted,

Dated:  February 26, 2014          GREENBERG TRAURIG, LLP


                                    BY:   /s/ *Karen Rosenthal*
                                          Karen Rosenthal
                                          Attorneys for Plaintiff Continuent, Inc.


Dated:  February 26, 2014          MORRISON & FOERSTER


                                    BY:   /s/ *Michael A. Jacobs*
                                          Michael A. Jacobs
                                          Attorneys for Defendant Tekelec, Inc.

## ECF ATTESTATION

I, Karen Rosenthal, am the ECF user whose ID and password are being used to file this document. I hereby attest that Michael A. Jacobs has concurred in this filing.

Dated: February 26, 2014

GREENBERG TRAURIG, LLP

BY: /s/ *Karen Rosenthal*
Karen Rosenthal
Attorneys for Plaintiff Continuent, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date listed below, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California, which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the final document, on all Filing Users, all of whom are believed to have consented to electronic service.

Dated: February 26, 2014                    GREENBERG TRAURIG, LLP


                                            BY:  /s/ *Karen Rosenthal*
                                                 Karen Rosenthal
                                                 Attorneys for Plaintiff Continuent, Inc.