# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINUENT, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>TEKELEC, INC., a Delaware corporation,<br><br>          Defendant. | Case No.  13CV1550-JAH (BLM)<br><br>**ORDER GRANTING DISMISSAL** |

   On February 26, 2014, Plaintiff Continuent, Inc. and Defendant Tekelec, Inc. filed a Joint Motion to Dismiss this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). (ECF No. 22).

   IT IS HEREBY ORDERED that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, all claims in this action are dismissed with prejudice; and
2. Each party is to bear its own costs and attorneys' fees.

DATED: February 27, 2014

_____
The Hon. John A. Houston
United States District Judge